# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Victor Eugene Angus        Docket No. 7:08-CR-41-1BO

### Petition for Action on Supervised Release

  COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Victor Eugene Angus, who, upon an earlier plea of guilty to two counts of Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a) and (d), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 5, 2009, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall pay $5,749.75 restitution and a $200 special assessment.

  Victor Eugene Angus was released from custody on November 15, 2011, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

  Since his release from custody, Angus has reported as directed, tested negative for controlled substances, and complied with the terms of supervision. It is noted restitution and the special assessment have been satisfied. However, the defendant has been unable to secure employment. Additionally, he has recently suffered with depression as a result of relationship and family issues. According to Angus and documentation in the Presentence Investigation Report, there is a history of chronic mental illnesses and suicide.

  In consideration of the above information, the probation officer respectfully recommends mental health treatment be added to the conditions of supervision. The defendant stated he believes he will benefit from mental health counseling.

  The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

  **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Victor Eugene Angus
Docket No. 7:08-CR-41-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-347-9038
Executed On: September 26, 2012

## ORDER OF COURT

Considered and ordered this 27 day of September, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge